```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
CRYSTAL CRUZ,                            :
                                         :
                       Plaintiff,        :
         -v-                             :
                                         :
CITY OF NEW YORK et al.,                 :
                                         :    21cv1999 (DLC)
                       Defendants.       :
                                         :         ORDER
---------------------------------------- X
```

DENISE COTE, District Judge:

On March 29, 2022, this Court issued an Order adjourning the initial pretrial conference to May 20. It is hereby

ORDERED that the May 20 initial pretrial conference is adjourned to **Thursday, May 26, at 3:30 p.m.**

Dated:  New York, New York
        April 29, 2022

_____
          DENISE COTE
United States District Judge